IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL ACTION NO. |
| | : 1:15-CR-0220-LMM |
| ANTONIO MYRON JOHNSON, | : |
| | : |
| Defendant. | : |

## ORDER

This case is before the Court for consideration of Defendant Antonio Johnson's Motion for Early Termination of Supervised Release [27]. The Government and the probation office do not oppose that Motion. The Court has also reviewed the record and agrees that termination of supervised release is appropriate. Therefore, Defendant's Motion [27] is **GRANTED as unopposed**, and his supervised release is **TERMINATED**. The Court congratulates Mr. Johnson on the early termination of his supervised release.

**IT IS SO ORDERED** this 15th day of July, 2021.

_____
**Leigh Martin May**
**United States District Judge**